Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
Law Offices of York & Garvey
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (866) 908-2121
Telecopier: (877) 221-3306

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Thomas C. Seabaugh, Esq. (Bar No. 272458)
Email: tseabaugh@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs
MARTIN GARCIA and LETICIA PEREZ, in each case individually and as successor in interest of Steve Rodriguez, deceased

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARCIA and LETICIA PEREZ, in each case individually and as successor in interest of decedent Steve Rodriguez<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MONTEREY PARK, a municipality; PETER PALOMINO, an individual; EVERADO ROMO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 12-9035 MWF (CWx)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION**<br><br>*[Proposed] Order filed concurrently herewith* |

Come now Plaintiffs Martin Garcia and Leticia Perez (hereinafter "Plaintiffs"), individually and as successors-in-interest to Steve Rodriguez, and Defendants City of Monterey Park, Everado Romo, and Peter Palomino (hereinafter "Defendants"), by and through their respective attorneys of record and hereby stipulate as follows:

1.   The parties have reached a tentative settlement agreement. In order to settle this matter, it is necessary for the tentative settlement agreement to be presented to and approved by the Defendant City of Monterey Park's City Council and Independent Cities Risk Management Association. It is expected that this process will require several weeks.

2.   The parties request additional time to pursue the settlement of this matter.  Specifically, the parties request that the Court enter the proposed order filed concurrently herewith.  This order would give the parties 120 days within which to either file a dismissal of the entire action or file a status report regarding the progress of their settlement efforts.  The order would also vacate all dates and take all pending matters off calendar.  Good cause exists to enter this order because it will facilitate settlement, because no party would be prejudiced, and because the parties agree. Fed.R.Civ.P. 16(b)(4) (the Court may modify a schedule for good cause); *see also* L.R. 16-15 ("It is the policy of the Court to encourage disposition of civil litigation by settlement when such is in the best interest of the parties. The Court favors any reasonable means to accomplish this goal. Nothing in this rule shall be construed to the contrary.").

DATED:  December 13. 2013       LAW OFFICES OF DALE K. GALIPO

By_____*/s/ Thomas C. Seabaugh*_____
    Dale K. Galipo
    Thomas C. Seabaugh
    Attorneys for Plaintiffs

DATED:  December 13, 2013       MANNING & KASS
                                ELLROD. RAMIREZ. TRESTER LLP

By_____*/s/ Timothy J. Kral*_____
    Eugene P. Ramirez, Esq
    Timothy J. Kral
    Attorneys for Defendants