Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
Law Offices of York & Garvey
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (866) 908-2121
Telecopier: (877) 221-3306

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Thomas C. Seabaugh, Esq. (Bar No. 272458)
Email: tseabaugh@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs
MARTIN GARCIA and LETICIA PEREZ, in each case individually and as successor in interest of Steve Rodriguez, deceased

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN GARCIA and LETICIA PEREZ, in each case individually and as successor in interest of decedent Steve Rodriguez<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MONTEREY PARK, a municipality; PETER PALOMINO, an individual; EVERADO ROMO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 12-9035 MWF (CWx)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER** |

Before the Court is a Notice of Settlement and Joint Stipulation (Doc. No. 43).  The parties have reached a tentative settlement, and request additional time to pursue the settlement of this matter.  The parties have indicated that certain procedures must be followed for the settlement to be approved by the Defendant

1  City of Monterey Park.  Having read and considered the parties stipulation, and
2  good cause appearing therefor, it is ordered as follows:
3       All dates are vacated and all pending matters in this case are taken off
4  calendar.  The parties shall either dismiss the case or file a status report regarding
5  the progress of their settlement efforts within 120 days.  Fed.R.Civ.P. 16(b)(4) (the
6  Court may modify a schedule for good cause); *see also* L.R. 16-15 ("It is the policy
7  of the Court to encourage disposition of civil litigation by settlement when such is in
8  the best interest of the parties. The Court favors any reasonable means to accomplish
9  this goal. Nothing in this rule shall be construed to the contrary.").
10      ***The Court sets an Order to Show Cause re Dismissal for April 14, 2014 at
11 11:30 a.m.  If a stipulated dismissal is filed prior to the hearing, the hearing will be
12 vacated and the matter taken off calendar.

**IT IS SO ORDERED.**

Dated: December 17 , 2013       _____
                                 Michael W. Fitzgerald
                                 U.S. District Judge